239 So.2d 353

**STATE of Louisiana ex rel.**
**James PICKERING**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary et al.**

No. 50881.

Sept. 25, 1970.

Application denied. Boykin v. Alabama, 395 U.S. 238, 89 S.Ct. 1709, 23 L.Ed.2d 274 is not retroactive.

239 So.2d 353

**Euell LaFLEUR, Individually, and on Behalf of his Wife, Marie LaFLEUR**

v.

**The TRAVELERS INSURANCE COMPANY et al.**

No. 50727.

Sept. 25, 1970.

Writ denied. On the facts found by the Court of Appeal, there is no error of law in the judgment complained of.